1032

[No. 63489-5-I. Division One. June 14, 2010.]

RONNIE HICKS, *Appellant*, v. THE DEPARTMENT OF CORRECTIONS, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-2-05190-9, Kenneth L. Cowsert, J., entered April 16, 2009. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Cox and Lau, JJ.

[No. 64041-1-I. Division One. June 14, 2010.]

MAI HONG, *Respondent*, v. JESSICA LA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-00198-7, Catherine D. Shaffer, J., entered July 21, 2009. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Leach, A.C.J., and Cox, J.

[No. 64164-6-I. Division One. June 14, 2010.]

TAWNIE BEARWOOD, *Appellant*, v. JANE THURIK, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-11995-5, William L. Downing, J., entered September 14, 2009. *Affirmed* by unpublished opinion per Lau, J., concurred in by Grosse and Cox, JJ.

[No. 64207-3-I. Division One. June 14, 2010.]

TOM WESTERGREEN ET AL., *Appellants*, v. WHATCOM COUNTY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Skagit County, No. 08-2-02447-7, Michael E. Rickert, J., entered August 20, 2009. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Dwyer, C.J., and Becker, J.